IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY HARVEY, WALTER BENNETT, AND CAMERON THRALL, <br><br> Plaintiffs, <br><br> v. <br><br> LIFE SPINE, INC. <br><br> Defendant. | Case No. 1:20-cv-00134 <br><br> **Hon. Robert W. Gettleman** <br><br> **Hon. Mag. Sunil R. Harjani** |

**JOINT STATUS REPORT AND REQUEST TO STRIKE DECEMBER 22, 2020 STATUS CONFERENCE**

Pursuant to the Court's November 16, 2020 Order (Dkt. No. 48), Plaintiffs Larry Harvey, Walter Bennett, and Cameron Thrall (collectively, "Plaintiffs") and Defendant Life Spine, Inc. ("Defendant" or "Life Spine") hereby submit this Joint Status Report.

1. On November 13, 2020, the Parties submitted a Joint Status Report reflecting the fact that the Parties, through their respective counsel, had been engaging in productive discussions to resolve this matter. (Dkt. No. 47.)

2. On November 16, 2020, the Court struck the status hearing that had been set for November 19, 2020 and reset it for December 22, 2020. (Dkt. No. 48.) The Court further ordered the Parties to file a joint status report with updates on settlement discussions and discovery by December 17, 2020. (*Id.*)

3. On December 16, 2020, the Parties resolved this matter and will be filing terminating papers reflecting resolution no later than Friday, December 25, 2020.

4. The Parties have not engaged in any discovery.

1

5. Given the resolution of this matter and anticipated filing of terminating papers next week, the Parties request that this Court strike the status conference scheduled for this Tuesday, December 22, 2020.

Date: December 17, 2020

Respectfully submitted,

*/s/ Matthew M. Collette (with permission)*
Matthew M. Collette
Jeremy G. Mallory
Kathryn A. Robinette
MASSEY & GAIL LLP
1000 Maine Ave., SW, Suite 450
Washington, D.C. 20024
Telephone: (202) 652-4511
mcollette@masseygail.com
jmallory@masseygail.com
krobinette@masseygail.com

Leonard A. Gail
Bruce W. Doughty
MASSEY & GAIL LLP
50 East Washington, Suite 400
Chicago, IL 60602
Telephone: (312) 283-1590
lgail@masseygail.com
bdoughty@masseygail.com

*Attorneys for Plaintiffs*

*/s/ Kaitlin P. Sheehan*
Jonathan C. Bunge
Daniel R. Lombard
Kaitlin P. Sheehan
QUINN, EMANUEL URQUHART & SULLIVAN, LLP
191 North Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Fax: (312) 705-7401
jonathanbunge@quinnemanuel.com
daniellombard@quinnemanuel.com
kaitlinsheehan@quinnemanuel.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically serves and sends notice of such filing to all counsel of record.

*/s/ Kaitlin P. Sheehan*
Kaitlin P. Sheehan
Counsel for Life Spine